IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN FISCHER,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-327-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff John Fischer remanding the Commissioner's decision denying plaintiff's application for disability benefits.

| s/ A. Wiseman, Deputy Clerk | 12/22/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |